UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRETT MICHAELS CHILTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00172-SNLJ |
| ) | |
| WARDEN, USP BIG SANDY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Petitioner Brett Michaels Chilton seeks a writ of habeas corpus in this matter. [Doc. 1]. As explained in the Court's October 23, 2025 Order, the Court construes this filing as seeking habeas relief under 28 U.S.C. § 2241. [Doc. 2]. However, Petitioner's filing is defective as a petition initiating suit because it was not drafted on a Court form as required by the Local Rules. E.D. Mo. L. R. 2.06(A). In addition, Petitioner has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. E.D. Mo. L. R. 2.01(B)(1).

The Court will direct the Clerk of Court to send Petitioner a blank "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" form. Petitioner has **thirty (30) days** from the date of this Order to file an amended petition on the court form. In that same time, Petitioner must either file a motion to proceed *in forma pauperis* or pay the $5.00 filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner blank copies of the Court's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" form and "Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases" form.

**IT IS FURTHER ORDERED** that, within **thirty (30) days** of the date of this Order, Petitioner shall file an amended petition on the Court-provided form.

**IT IS FURTHER ORDERED** that, within **thirty (30) days** of the date of this Order, Petitioner shall either pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis* on the Court-provided form.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 4th day of November, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE